# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schreier, Karen E. | U.S. District Court, South Dakota | 03/03/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue, Rm. 233
Sioux Falls, SD 57104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Directors | South Dakota Children's Home Society |
| 2. | Member Board of Directors | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed (attorney) |
| 2. | 2015 | State of South Dakota |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 13-15, 2015 | Washington, DC | Board of Directors Meeting | Hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. T. ROWE PRICE EQUITY INCOME FUND | C | Dividend | L | T | | | | | |
| 3. T. ROWE PRICE GROWTH STOCK FUND | D | Distribution | L | T | | | | | |
| 4. T. ROWE PRICE NEW HORIZONS FUND | D | Distribution | M | T | | | | | |
| 5. T. ROWE PRICE SCIENCE AND TECHNOLOGY FUND | D | Distribution | L | T | | | | | |
| 6. T. ROWE PRICE VALUE FUND | D | Dividend | L | T | | | | | |
| 7. IRA #1 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 8. PRIME MONEY MARKET FUND (cash account) | A | Interest | J | T | | | | | |
| 9. PUTNAM DYNAMIC ASSET ALLOCATION GROWTH FUND CL C | A | Dividend | | | Buy | 02/24/15 | M | | |
| 10. | | | | | Sold (part) | 12/16/15 | L | | |
| 11. | | | | | Sold | 12/17/15 | K | | |
| 12. PUTNAM FD FOR GROWTH & INCOME CL C SHS | | None | L | T | Buy | 12/16/15 | L | | |
| 13. PUTNAM FDS TR CAPITAL SPECTRUM FD CL C | | None | K | T | Buy | 12/16/15 | K | | |
| 14. PACIFIC LIFE FDS OPTIMIZATION MODERATE CLASS C FUND | | None | | | Sold | 02/24/15 | M | E | |
| 15. PIMCO FDs SENIOR FLOATING RATE FD CL C MUTUAL FUND | B | Dividend | K | T | | | | | |
| 16. TRANSAMERICA ASSET ALLOCATION GROWTH PORTFOLIO CLASS C MUTUAL FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. NEW YORK LIFE INSURANCE CO. - ANNUITY | B | Interest | K | T | | | | | |
| 18. NEW YORK LIFE UNIVERSAL LIFE POLICY | B | Dividend | K | T | | | | | |
| 19. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Interest | J | T | | | | | |
| 20. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Interest | J | T | | | | | |
| 21. METLIFE INS. CO. LIFE INS. POLICY | A | Interest | K | T | | | | | |
| 22. HOME FEDERAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 23. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | C | Int./Div. | N | U | | | | | |
| 24. BROKERAGE ACCOUNT #2 RBC WEALTH MGT (H) | | | | | | | | | |
| 25. PRIME MONEY MKT FUND (cash account) | A | Interest | M | T | | | | | |
| 26. PIMCO MONEY MARKET FUND CL C (cash account) | A | Interest | K | T | Open | 10/15/15 | K | | |
| 27. ALPS ETF TR ALERIAN MLP FUND | B | Dividend | | | Sold | 12/31/15 | K | | |
| 28. ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 29. APPLE INC | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 30. BERKSHIRE HATHAWAY CL B COMMON | | None | L | T | Buy (add'l) | 08/27/15 | J | | |
| 31. BP PLC SPONSORED ADR (Y) | | | | | | | | | |
| 32. CHEVRON CORP COMMON | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 33. CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. COCA-COLA COMPANY COMMON | A | Dividend | K | T | | | | | |
| 35. COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 36. CONAGRA COMMON | | None | J | T | | | | | |
| 37. DEERE & CO.-COMMON | A | Dividend | J | T | | | | | |
| 38. EATON VANCE SHORT DURATION GOV'T INCOME FD CL C | A | Dividend | K | T | Buy | 12/31/15 | K | | |
| 39. EMC CORP. MASS COMMON | A | Dividend | J | T | | | | | |
| 40. EXXON MOBIL CORP COMMON | | None | K | T | Buy (add'l) | 08/27/15 | J | | |
| 41. GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 42. HOME DEPOT INC. COMMON | A | Dividend | K | T | | | | | |
| 43. INTEL CORPORATION COMMON | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 44. ISHARES GLOBAL TELECOM ETF | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 45. ISHARES NASDAQ BIOTECHNOLOGY INDEX FD | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 46. ISHARES RUSSELL 2000 ETF | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 47. ISHARES RUSSELL MID CAP ETF | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 48. ISHARES US PHARMACEUTICALS ETF | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 49. KRAFT HEINZ COMPANY COMMON | A | Dividend | J | T | Sold (part) | 07/06/15 | J | A | |
| 50. MEDTRONIC PLC COMMON | E | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |
| 52. MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 53. MONDELEZ INT. INC - COMMON | A | Dividend | K | T | | | | | |
| 54. PEPSICO INCORPORATED COMMON | A | Dividend | K | T | | | | | |
| 55. PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 56. PHILIP MORRIS INTL INC. COMMON | B | Dividend | L | T | | | | | |
| 57. PROCTOR & GAMBLE CO. COMMON | A | Dividend | K | T | | | | | |
| 58. TARGET CORP COMMON | A | Dividend | J | T | | | | | |
| 59. UIT FIRST TRUST ENERGY SELECT PORT. SER. 47-COMMON | B | Dividend | | | Redeemed | 06/25/15 | K | | |
| 60. US BANCORP DEL- COMMON | A | Dividend | J | T | | | | | |
| 61. 3M COMPANY COMMON | | None | K | T | Buy (add'l) | 08/27/15 | J | | |
| 62. VAN ECK FUNDS GLOBAL ASSETS FUND CL C | A | Dividend | J | T | | | | | |
| 63. WALGREENS BOOT ALLIANCE INC | A | Dividend | J | T | | | | | |
| 64. BP PLC SPONS ADR COMMON | | None | J | T | | | | | |
| 65. AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | | None | L | T | | | | | |
| 66. OPPENHEIMER DEVELOPING MKTS FUND-CL C | A | Distribution | K | T | | | | | |
| 67. ROYAL DUTCH SHELL PLC COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. THORNBURG INVT TR INTL VALUE FD CLC MUTUAL FUND | A | Dividend | J | T | | | | | |
| 69. THORNBURG INVT TR DEVELOPING WORLD FD CL C MUTUAL FUND | | None | J | T | | | | | |
| 70. UIT FIRST TRUST EUROPEAN DEEP VALUE SUB 10 DIVID SEC 7 MUTUAL FUND | A | Dividend | | | Redeemed | 10/09/15 | K | | |
| 71. UIT FIRST TRUST INTL CAP STRENGTH PORT SER 16 MUTUAL FUND | B | Dividend | | | Redeemed | 06/04/15 | K | | |
| 72. VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 73. ALLIANCE BERNSTEIN GLOBAL BOND FUND INC CL A | A | Dividend | | | Sold | 06/08/15 | K | | |
| 74. EATON VANCE MUTUAL FUNDS TRUST EMERGING MARKETS | B | Int./Div. | | | Sold | 12/31/15 | K | | |
| 75. PIMCO FDS HI YLD CL C | B | Dividend | | | Sold | 06/08/15 | K | | |
| 76. TEMPLETON GLOBAL BOND FUND-CL C | B | Distribution | K | T | | | | | |
| 77. BANK OFAMERICA CHARLOTTE NA CD | A | Interest | J | T | | | | | |
| 78. EATON VANCE NAT. MUN. OPPORTUNITIES TR | | None | J | T | | | | | |
| 79. NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | | None | K | T | | | | | |
| 80. THORNBURG LTD TERM MUNICIPAL FUND CL A | | None | K | T | | | | | |
| 81. DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 82. YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | K | T | | | | | |
| 83. CHELAN CNTY WA PUD #1 COLUMBIA ELEC. & PUB POWER BOND | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. FRANKLIN-MCKINLEY CAL. SCHOOL BOND | | None | J | T | | | | | |
| 85. ALLEN TX INDPT. SCHOOL DIST. BOND | | None | K | T | | | | | |
| 86. PENN. ST. TPK COMMON TPK TOLL ROADS BOND | A | Interest | J | T | | | | | |
| 87. METROPOLITAN WASH. DC ARPT. DULLES TOLL ROAD BOND | | None | K | T | | | | | |
| 88. PIMCO ALL ASSET AUTH CL C FUND | B | Int./Div. | | | Sold | 10/15/15 | K | | |
| 89. PIMCO FDS PAC INVT MGMT SER REAL ESTATE RET STR CL C | D | Dividend | K | T | | | | | |
| 90. LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | K | T | | | | | |
| 91. IRA ACCOUNT #2 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 92. FEDERATED MONEY MKT FD (cash account) | A | Interest | K | T | | | | | |
| 93. VOYA SER FD INC CORPORATE LEADERS TRUST SER B | | None | J | T | Buy | 11/03/15 | J | | |
| 94. THORNBURG INVT TR INVT INCOME BUILDER FD CL I | A | Dividend | J | T | Buy | 11/04/15 | J | | |
| 95. ARTISAN FUNDS INC MID CAP FUND | B | Dividend | J | T | | | | | |
| 96. ARTISAN GLOBAL SMALL CAP (X) | | None | J | T | | | | | |
| 97. HENDERSON GLOBAL FDS GLOBAL EQUITY INCOME FD CL I | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 98. HOTCHKIS & WILEY FUNDS SMALL CAP VALUE FUND CL I | A | Dividend | J | T | Buy (add'l) | 08/27/15 | J | | |
| 99. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 100. ISHARES TR RUSSELL MID CAP ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. VANGUARD ADMIRAL FUNDS INC. S&P 500 GROWTH INDEX FUND | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 102. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 103. VANGUARD ADMIRAL FDS. INC.S&P 500 VALUE INDEX | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 104. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 105. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | J | T | Buy (add'l) | 08/27/15 | J | | |
| 106. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 107. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 108. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 109. EATON VANCE EMERGING MKTS LOCAL INCOME FUND CL 1 | A | Dividend | J | T | Buy (add'l) | 08/27/15 | J | | |
| 110. | | | | | Sold (part) | 06/08/15 | J | | |
| 111. EATON VANCE INCOME FUND BOSTON INC INST CL | A | Dividend | J | T | | | | | |
| 112. EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND CL 1 | A | Dividend | | | Sold | 06/08/15 | J | | |
| 113. FT TEMPLETON GLOBAL BOND A | A | Dividend | J | T | | | | | |
| 114. FRANKLIN INVS. SER. TR REAL RETURN FD ADVISOR CL | A | Dividend | | | Sold | 06/08/15 | J | | |
| 115. NEUBERGER BERMAN INC. FDS NEW HIGH INCOME BD FD. INV CL | A | Dividend | | | Sold | 06/08/15 | J | A | |
| 116. FINANCING CORP - FED CPN FICO STRIPS SERIES E BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 118. FED. HOME LOAN MTG. CORP. CMO SERIES 21 21-Z | A | Interest | J | T | | | | | |
| 119. PIMCO ALL ASSET ALL AUTHORITY MUTUAL FUND | A | Dividend | J | T | | | | | |
| 120. BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 121. GALENA PARK TEX INDPT. SCH BOND | B | Interest | K | T | | | | | |
| 122. CLACKAMAS & WASHINGTON CNTYS EDUCATION BOND | B | Interest | K | T | | | | | |
| 123. SOUTHERN MINNESOTA MUNI PWR BOND | B | Interest | K | T | | | | | |
| 124. PENN ST TPK COMMN TPK TOLL ROADS BOND | B | Interest | K | T | | | | | |
| 125. KWB HOTEL PARTNERS, LLC | A | Interest | J | T | Buy | 01/12/15 | J | | |
| 126. DOUGHERTY & DOUGHERTY LLP | C | Interest | O | U | | | | | |
| 127. DISCOVER BANK ACCOUNT | C | Interest | N | T | | | | | |
| 128. BENEFICIARY SEP IRA #1 RBC WEALTH MGT (H) | | | | | | | | | |
| 129. FEDERATED MONEY MARKET (cash account) | | None | J | T | | | | | |
| 130. ARTISAN FUNDS INC SMALL CAP VALUE FUND | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 131. ALPS ETF TR ALERIAN MLP | B | Dividend | J | T | | | | | |
| 132. ISHARES RUSSELL MID CAP ETF | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 133. | | | | | Buy (add'l) | 10/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. NATIXIS FUNDS TR II VAUGHAN NELSON OPP FD CL Y | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 135. OAKTREE CAP GROUP LLC | A | Dividend | J | T | | | | | |
| 136. POWERSHARES GLOBAL ETF FUND GLOBAL WATER PORTFOLIO | A | Dividend | J | T | | | | | |
| 137. VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 138. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 139. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 140. VANGUARD ADMIRAL FDS INC S&P 500 VALUE INDEX FD ETF SHS | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 141. | | | | | Buy (add'l) | 9/17/15 | J | | |
| 142. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 143. VANGUARD INDEX FUNDS SMALL-CAP VALUE ETF | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 144. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 145. VOYA SER FD INC CORPORATE LEADERS TRUST SER B | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 146. VANGUARD SECTOR INDEX FUND VANGUARD TELECOMMUNICATION SERVICES ETF | A | Dividend | J | T | | | | | |
| 147. HENDERSON GLOBALFDS GLOBAL EQUITY INCOME FD CL I | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 148. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | J | T | Buy (add'l) | 08/27/15 | J | | |
| 149. | | | | | Buy (add'l) | 10/15/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 151. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 152. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | | | | | |
| 153. SPDR BARCLAYS INTERNATIONAL TREASURY BOND ETF | | None | J | T | | | | | |
| 154. EATON VANCE EMERGING MKTS LOCAL FD CL I | | None | | | Sold | 06/08/15 | J | | |
| 155. EATON VANCE INCOME FD BOSTON INC INSTL CL | A | Dividend | J | T | | | | | |
| 156. EATON VANCE MUT FUNDS TRUST FLTG RATE HIGH INCOME FD CL I | A | Dividend | | | Sold | 06/08/15 | J | | |
| 157. FRANKLIN INVS SECS TR REAL RETURN FD ADVISOR CL | | None | | | Sold | 06/08/15 | J | | |
| 158. FRANKLIN INVS SECS TR FLTG RATE DAILY ACCESS ADVISOR CL | B | Dividend | | | Sold | 06/08/15 | J | | |
| 159. ISHARES IBOXX $ HIGH YIELD CORPORATE BOND ETF | A | Dividend | J | T | | | | | |
| 160. POWERSHARES GLOBAL EXCHANGE TRADED FD TR EMERGING MARKETS SOVEREIGN | A | Dividend | J | T | Buy (add'l) | 01/15/15 | J | | |
| 161. ISHARES TIPS BOND ETF | A | Dividend | K | T | Buy (add'l) | 01/15/15 | J | | |
| 162. SPDR SERIES TRUST SPDR DB INTL GOVT INFLATION PROTECTED BOND ETF | A | Dividend | J | T | Buy (add'l) | 01/15/15 | J | | |
| 163. PIMCO ALL ASSET ALL AUTHORITY P | A | Int./Div. | J | T | Buy (add'l) | 01/15/15 | J | | |
| 164. THORNBURG INVT TR INCOME BUILDER FD CL I | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 165. SPDR INDEX SHS FDS DOW JONES GLOBAL REAL ESTATE ETF | | None | K | T | Buy (add'l) | 01/15/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 03/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 49, 50, and 62: Name changes only; see 2014 Report, Part VII, lines 41, 43, and 56, respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen E. Schreier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544